IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-50749
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

FLORENTINO HERNANDEZ-SANCHEZ,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-00-CR-128-1
- - - - - - - - - -
April 12, 2001

Before JOLLY, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

    Florentino Hernandez-Sanchez appeals his sentence following
his guilty plea conviction for illegal re-entry after deportation
in violation of 8 U.S.C. § 1326.  Hernandez argues that his
sentence should not have exceeded the two-year maximum sentence
under 8 U.S.C. § 1326(a).  Hernandez acknowledges that his
argument is foreclosed by <u>Almendarez-Torres v. United States</u>, 523
U.S. 224 (1998), but he seeks to preserve the issue for Supreme
Court review in light of <u>Apprendi v. New Jersey</u>, 120 S. Ct. 2348
(2000).

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Apprendi did not overrule Almendarez-Torres.  See Apprendi, 120 S. Ct. at 2362; United States v. Dabeit, 231 F.3d 979, 984 (5th Cir. 2000), cert. denied, 121 S. Ct. 1214 (2001). Hernandez's argument is foreclosed by Almendarez-Torres, 523 U.S. at 235.

The Government has moved for a summary affirmance in lieu of filing an appellee's brief.  In its motion, the Government asks that the judgment of the district court be affirmed and that an appellee's brief not be required.  The motion is granted.

AFFIRMED; MOTION GRANTED.